# REBECCA BRADSHAW

## *v.*

## CHARLES CLARK.

In his answer to a bill for an account, the defendant admitted
the receipt of the money in respect of which the account was prayed,
but alleged that he had, according to an agreement between him and
the complainant, appropriated it to the payment of a debt due from
her to him. The complainant set the cause down for hearing on bill
and answer.—*Held*, that the appropriate decree was that the defendant
account.

Bill for an account. On final hearing on bill, answer and
replication.

*Mr. D. J. Pancoast*, for complainant.

*Mr. P. L. Voorhees*, for defendant.

THE CHANCELLOR.

The bill is filed by a tenant in common of land, against
her co-tenant, for an account of rents &c. received by him
from the property, and payment by him to her of her share
thereof. The defendant, by his answer, admits the receipt of
the rents, and gives an account of them, but alleges that the
complainant's share thereof was received and appropriated
by him, under and according to an agreement between him
and her by which it was to be applied to the payment of
the interest of the price of a farm bought by him, at her
request (she is his sister), to provide for her and her children
a place to live upon, and also for the taxes on the farm; which

interest and taxes, he says, she agreed to pay as rent for the property.

The complainant insists that she is entitled to a decree for her share of the amount of the rents as admitted by the answer, on the ground that there is no proof to sustain those allegations of the answer which are not responsive to the bill. But the appropriate decree in the case as it stands is, that the account be taken. *Campbell* v. *Campbell's adm'r*, 4 *Hal. Ch.* 738, 743 ; *Hudson* v. *Trenton Loco. &c. Mfg. Co.*, 1 *C. E. Gr.* 475, 476.

I am not satisfied that there is nothing due to the complainant. The defendant admits that he has received the rents for which he is called to account, but at the same time alleges that they were received by him under an agreement by which he was to appropriate them to the payment of the complainant's debt to him. There is no proof to sustain the irresponsive allegations before referred to. The defendant should be required to produce his proof. There will be a decree for an account.